NEW YORK *v.* UNITED STATES ET AL.

No. 100.   Decided January 12, 1970*

*Louis J. Lefkowitz,* Attorney General of New York, *Dunton F. Tynan,* Assistant Solicitor General, and *Walter J. Myskowski* for appellant in No. 100.   *Gordon P. Mac-Dougall, William G. Mahoney,* and *C. C. Sheldon,* Assistant Attorney General of Nebraska, for appellants in No. 520.

*Solicitor General Griswold, Assistant Attorney General McLaren, Robert W. Ginnane,* and *Jerome Nelson* for the United States et al. in No. 100.   *Solicitor General Griswold, Assistant Attorney General McLaren,* and *Fritz R. Kahn* for the United States et al. in No. 520.   *Wallace R. Steffen* for Erie Lackawanna Railway Co., appellee in No. 100.   *George G. Coughlin* for Broome County Chamber of Commerce, appellee in No. 100, supporting the position of the appellant.   *Howard J. Trienens* and *Richard T. Cubbage* for Chicago, Burlington & Quincy Railroad Co., appellee in No. 520.

PER CURIAM.

The motions to affirm are granted and the judgments are affirmed.

---

*Together with No. 520, *City of Sheridan et al.* v. *United States et al.,* on appeal from the United States District Court for the District of Wyoming.